IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO.: 5:20-CV-00165-KDB-DCK

| A.G., individually and as the Natural Parent and Legal Guardian of L.G., a Minor, | |
|---|---|
| Plaintiffs, | |
| v. | PLAINTIFF'S EXHIBIT LIST |
| THE CITY OF STATESVILLE, MICHAEL FATTALEH, in his individual capacity, COLLEEN GUERIN a/k/a COLLEEN FLOOD, in her individual capacity, and WILLIAM MANNERS, in his individual capacity, | |
| Defendants. | |

Pursuant to the Court's Pretrial Order and Case Management Plan [Doc. #59], Plaintiff A.G., individually and as the Natural Parent and Legal Guardian of L.G., a Minor ("Plaintiff"), respectfully identifies the following exhibits they intend to introduce during the trial of this action:

| Exhibit No. | Description | Identified by | Admitted |
|---|---|---|---|
| 1. | Statesville Police Department Case Report | | |
| 2. | Statesville Police Department Use of Force Report | | |
| 3. | Statesville Police Department Internal Affairs Investigation Report | | |
| 4. | Pressly Alternative School Surveillance Video | | |
| 5. | Officer Fattaleh Body Cam Video | | |
| 6. | Documentation of Seclusion or Restraint May 18, 2018 | | |
| 7. | Documentation of Seclusion or Restraint May 29, 2018 | | |
| 8. | Documentation of Seclusion or Restraint August 27, 2018 | | |
| 9. | Documentation of Seclusion or Restraint September 11, 2018 | | |

| | | | |
|---|---|---|---|
| 10. | Documentation of Seclusion or Restraint September 12, 2018 | | |
| 11. | Second Documentation of Seclusion or Restraint September 12, 2018 | | |
| 12. | Officer Michael Fattaleh Statement to Internal Affairs | | |
| 13. | Colleen Guerin Statement September 11, 2018 | | |
| 14. | Colleen Guerin Statement September 24, 2018 | | |
| 15. | William Manners Statement September 11, 2018 | | |
| 16. | Mark Vaughn Statement September 12, 2018 | | |
| 17. | SBI Interview of Officer Elliot Turner | | |
| 18. | SBI Interview of Officer Michael Fattaleh | | |
| 19. | SBI Interview of Captain Thomas Souther | | |
| 20. | SBI Interview of Sergeant Rambo | | |
| 21. | SBI Interview of Colleen Guerin | | |
| 22. | SBI Interview of William Manners | | |
| 23. | SBI Interview of Mark Vaughn | | |
| 24. | SBI Interview of Mark Grega | | |
| 25. | SBI Interview of Bobbie Samuels | | |
| 26. | SBI Interview of A.G. | | |
| 27. | Recording of Conversation with A.G., Capt. Souther, and Sgt. Rambo | | |
| 28. | Spreadsheet of Arrests by the City (Response to Interrogatory No. 14) | | |
| 29. | School Resource Officer Program Memorandum of Understanding | | |
| 30. | Statesville Police Department Policy on Use of Force | | |
| 31. | Statesville Police Department Policy on Conduct | | |
| 32. | Officer Michael Fattaleh CV | | |
| 33. | Officer Michael Fattaleh Training List | | |
| 34. | Officer Michael Fattaleh Training Certificates (Non-Firearm) | | |
| 35. | Officer Michael Fattaleh Daily Observation Report 10/9/2017 | | |
| 36. | Officer Michael Fattaleh Daily Observation report 10/11/2017 | | |
| 37. | Officer Michael Fattaleh Daily Observation Report 10/13/2017 | | |
| 38. | Officer Michael Fattaleh March 20, 2018 Employee Performance Appraisal | | |
| 39. | Officer Michael Fattaleh May 24, 2018 Employee Performance Appraisal | | |

| | | | |
|---|---|---|---|
| 40. | Officer Michael Fattaleh September 18, 2018 Resignation Letter | | |
| 41. | Statesville Police Department Affidavit of Separation for Officer Michael Fattaleh | | |
| 42. | Colleen Guerin CV | | |
| 43. | Colleen Guerin Training Record | | |
| 44. | William Manners CV | | |
| 45. | William Manners Training Record | | |
| 46. | 2020 Letter Certifying Manners as CPI Certified Instructor | | |
| 47. | Exceptional Children Team Minutes July 31, 2018 | | |
| 48. | July 31, 2018 FBA | | |
| 49. | July 31, 2018 BIP | | |
| 50. | August 1, 2018 IEP | | |
| 51. | Exceptional Children Team Minutes November 13, 2018 | | |
| 52. | November 30, 2018 IEP | | |
| 53. | Meeting Minutes for L.G. Meeting on December 17, 2018 | | |
| 54. | December 18, 2018 IEP | | |
| 55. | Notes for the IEP Meeting Minutes on January 14, 2019 | | |
| 56. | January 15, 2019 IEP | | |
| 57. | Homebound Review Form December 17, 2018 | | |
| 58. | Homebound Review Form January 14, 2019 | | |
| 59. | January 28, 2019 Email from A.G. to Mark Grega | | |
| 60. | Iredell-Statesville Schools Speech Language Evaluation Report / Summary of Evaluation and Eligibility Worksheet – Autism / Summary of Evaluation and Eligibility Worksheet – Other Health Impairment / Specific Learning Disability – Combined Screenings and Evaluations / Eligibility Determination | | |
| 61. | Iredell-Statesville Schools July 25, 2018 Confidential Psychological Evaluation Report | | |
| 62. | Iredell-Statesville Schools July 31, 2018 Confidential Psychological Evaluation Report | | |
| 63. | Children's Hope Alliance Records | | |
| 64. | Array of Brighter Beginnings Psychological Evaluation | | |
| 65. | David S. Bathory April 23, 2018 Psychological Evaluation | | |
| 66. | Bathory International PLLC Medical Records | | |

| | | | |
|---|---|---|---|
| 67. | Pediatric Advanced Therapy Medical Records | | |
| 68. | Integrative Wellness Medical Records | | |
| 69. | Developmental & Behavioral Pediatrics of the Carolinas Medical Records | | |
| 70. | Salisbury Pediatric Associates Medical Records | | |
| 71. | Davis Regional Medical Center Medical Records | | |
| 72. | Davis Regional Medical Center Bills | | |
| 73. | Turning Point Family Services Medical Records | | |
| 74. | Turning Point Family Services Bills | | |
| 75. | The ERC Center Medical Records | | |
| 76. | The ERC Bills | | |
| 77. | Brenner's Children's Hospital Medical Records | | |
| 78. | Brenner's Children's Hospital Bills | | |
| 79. | Atrium Health Carolinas Psychiatry Davidson/Behavioral Health Davidson Medical Records | | |
| 80. | Atrium Health Carolinas Psychiatry/Behavioral Health Davidson Bills | | |
| 81. | Atrium Behavioral Health – Charlotte Medical Records | | |
| 82. | Atrium Behavioral Health – Charlotte Bills | | |
| 83. | Current Medicaid Lien | | |
| 84. | Photographs of L.G.'s Injuries | | |
| 85. | March 28, 2019 Approval of Supplemental Security Income Benefits for L.G. | | |
| 86. | A.G. Tax Returns | | |
| 87. | Excerpts and Exhibits from the 30(b)(6) Deposition of the City (David Onley) | | |
| 88. | Excerpts and Exhibits from the 30(b)(6) Deposition of the City (Ron Smith) | | |
| 89. | Excerpts and Exhibits from the 30(b)(6) Deposition of the City (Thomas Souther) | | |
| 90. | Excerpts and Exhibits from the Deposition of David Onley | | |
| 91. | Excerpts and Exhibits from the Deposition of Thomas Souther | | |
| 92. | Excerpts and Exhibits from the Deposition of Elliott Turner | | |
| 93. | Excerpts and Exhibits from the Deposition of William Manners | | |
| 94. | Excerpts and Exhibits from the Deposition of Colleen Guerin | | |
| 95. | Excerpts and Exhibits from the Deposition of Michael Fattaleh | | |

| | | | |
|---|---|---|---|
| 96. | Excerpts and Exhibits from the Deposition of Bobbie Samuels | | |
| 97. | Excerpts and Exhibits from the Deposition of Mark Grega | | |
| 98. | Excerpts and Exhibits from the Deposition of Mark Vaughn | | |
| 99. | CV of Dr. David Husted | | |
| 100. | Expert report of Dr. David Husted, and supporting documents | | |
| 101. | CV of Sharon Reavis | | |
| 102. | Expert report of Sharon Reavis, and supporting documents | | |
| 103. | CV of Dr. J.C. Poindexter | | |
| 104. | Expert report of Dr. J.C. Poindexter, and supporting documents | | |
| 105. | N.C.G.S. § 8-46 Mortality Table | | |
| 106. | U.S. Department of Education Office for Civil Rights, Data Snapshot: School Discipline, Issue Brief No. 1: (Mar. 2014) | | |
| 107. | Personal photographs, school records, cards, etc. of L.G. | | |
| 108. | Any exhibit used during a deposition taken during this case | | |
| 109. | Defendants' Discovery Responses, including Requests for Admission | | |
| 110. | Any illustrative or demonstrative exhibits which assist with illustrating a witness's testimony. | | |
| 111. | Any exhibit necessary for rebuttal | | |

Plaintiff reserves the right to introduce any exhibits identified or used by any Defendant, and reserves the right to identify and introduce rebuttal and impeachment exhibits as necessary.

This the 22nd day of August, 2022.

**JAMES, McELROY & DIEHL, P.A.**

/s/ Jennifer M. Houti
J. Alexander Heroy
Jennifer M. Houti
525 N. Tryon Street, Suite 700
Charlotte, NC 28202
Email: aheroy@jmdlaw.com;  jhouti@jmdlaw.com
*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

       I hereby certify that the foregoing **PLAINTIFF'S EXHIBIT LIST** has this date been served upon counsel for Defendants via email and by depositing a copy in the United States Mail, postage prepaid, addressed as follows:

| | |
|---|---|
| James D. McAlister<br>McAngus Goudelock & Courie<br>Post Office Box 30307<br>Charlotte, North Carolina 28230<br>Email: jmcalister@mgclaw.com<br>*Attorneys for Defendant The City of Statesville* | Leah G. Messick<br>Winthrop & Gaines Messick, PLLC<br>706 Hartness Road<br>Statesville, NC 28677<br>Email: leah@winthrop-law.com<br>*Attorneys for Defendant The City of Statesville* |
| Patrick H. Flanagan<br>Cranfill Sumner LLP<br>2907 Providence Rd., Suite 200<br>Charlotte, NC 28211<br>Email: phf@cshlaw.com<br>*Attorneys for Defendants Colleen Guerin and William Manners* | Michael A. Ingersoll<br>Sean F. Perrin<br>Womble Bond Dickinson (US), LLP<br>3500 One Wells Fargo Center<br>301 South College Street<br>Charlotte, NC 28202<br>Email: Mike.Ingersoll@wbd-us.com<br>       Sean.Perrin@wbd-us.com<br>*Attorneys for Defendant Michael Fattaleh* |

       This the 22nd day of August, 2022.

**JAMES, McELROY & DIEHL, P.A.**

/s/ Jennifer M. Houti
J. Alexander Heroy
Jennifer M. Houti
525 N. Tryon Street, Suite 700
Charlotte, NC 28202
Telephone: (704) 372-9870
Facsimile: (704) 333-5508
E-mail: aheroy@jmdlaw.com
       jhouti@jmdlaw.com
*Attorneys for Plaintiff*