**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**Civil Action No. 5:20-CV-165-KDB-DCK**

| | |
|---|---|
| A.G., individually and as the Natural Parent and Legal Guardian of L.G., a Minor,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF STATESVILLE, MICHAEL FATTALEH, in his individual capacity, COLLEEN GUERIN a/k/a COLLEEN FLOOD, in her individual capacity, and WILLIAM MANNERS, in his individual capacity,<br><br>Defendants. | **JOINT MOTION FOR APPROVAL OF MINOR SETTLEMENT** |

Plaintiff A.G., individually and as the Natural Parent and Legal Guardian of L.G., a Minor ("Plaintiff") and Defendants the City of Statesville and Michael Fattaleh ("Statesville Defendants"), jointly move the Court for approval of the terms and conditions of a proposed settlement of all claims asserted by Plaintiff in this action against the Statesville Defendants. The parties have reached a settlement, which is subject to the Court's approval. Plaintiff and the Statesville Defendants anticipate providing the Court with a copy of a fully executed settlement agreement and release at the hearing, along with related documents to effectuate the terms of the parties' settlement.

Plaintiff has fully and carefully considered this settlement offer and is of the opinion that under the circumstances this offer of settlement is reasonable and proper and in the best interests of the minor-plaintiff and adequately protects the minor-plaintiff's interests.

1

**WHEREFORE**, Plaintiff and the Statesville Defendants seek the Court's approval of the

minor settlement entered into between Plaintiff and the Statesville Defendants.

Respectfully submitted this the 12th day of September, 2022.


**JAMES, McELROY & DIEHL, P.A.**

/s/ Jennifer M. Houti
J. Alexander Heroy
Jennifer M. Houti
525 N. Tryon Street, Suite 700
Charlotte, North Carolina 28202
Email: aheroy@jmdlaw.com;
         jhouti@jmdlaw.com
*Attorneys for Plaintiff*

**McANGUS GOUDELOCK & COURIE**

/s/ James D. McAlister
James D. McAlister
Post Office Box 30307
Charlotte, North Carolina 28230
Email: jmcalister@mgclaw.com
*Attorney for Defendant City of Statesville Police Department*

**WOMBLE BOND DICKINSON (US), LLP**

/s/ Sean F. Perrin
Michael A. Ingersoll
Sean F. Perrin
3500 One Wells Fargo Center
301 South College Street
Charlotte, NC 28202
Email: Mike.Ingersoll@wbd-us.com
         Sean.Perrin@wbd-us.com
*Attorneys for Defendant Michael Fattaleh in his individual capacity*

**WINTHROP & GAINES MESSICK, PLLC**

/s/ Leah G. Messick
Leah G. Messick
706 Hartness Road
Statesville, NC 28677
Email: leah@winthrop-law.com
*Attorneys for Defendant The City of Statesville & Defendant Michael Fattaleh in his official capacity*

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing **Joint Motion for Approval of Minor Settlement** has this date been electronically filed with the Clerk of Court using the CM/ECF system, which will transmit notification of such filing, constituting service thereof, to Defendants' counsel of record as follows:

| | |
|---|---|
| James D. McAlister<br>McAngus Goudelock & Courie<br>Post Office Box 30307<br>Charlotte, North Carolina 28230<br>Email: jmcalister@mgclaw.com<br>*Attorney for Defendant City of Statesville Police Department* | Leah G. Messick<br>Winthrop & Gaines Messick, PLLC<br>706 Hartness Road<br>Statesville, NC 28677<br>Email: leah@winthrop-law.com<br>*Attorneys for Defendant The City of Statesville & Defendant Michael Fattaleh in his official capacity* |
| Patrick H. Flanagan<br>Cranfill Sumner LLP<br>2907 Providence Rd., Suite 200<br>Charlotte, NC 28211<br>Email: phf@cshlaw.com<br>*Attorneys for Defendants Colleen Guerin and William Manners* | Michael A. Ingersoll<br>Sean F. Perrin<br>Womble Bond Dickinson (US), LLP<br>3500 One Wells Fargo Center<br>301 South College Street<br>Charlotte, NC 28202<br>Email: Mike.Ingersoll@wbd-us.com<br>Sean.Perrin@wbd-us.com<br>*Attorneys for Defendant Michael Fattaleh in his individual capacity* |

This the 12th day of September, 2022.

**JAMES, McELROY & DIEHL, P.A.**

/s/ Jennifer M. Houti
J. Alexander Heroy
Jennifer M. Houti
525 N. Tryon Street, Suite 700
Charlotte, North Carolina 28202
Email: aheroy@jmdlaw.com;
jhouti@jmdlaw.com
Telephone: (704) 372-9870
Facsimile: (704) 350-9376
*Attorneys for Plaintiff*

3