# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| A. G., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:20-cv-00165-KDB-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| The City of Statesville | ) | |
| Michael Fattaleh | ) | |
| William Manners | ) | |
| Iredell-Statesville Board of Education | ) | |
| Colleen Guerin | ) | |
| Michael Fattaleh (Official Capacity), | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 2, 2022 Order.

November 2, 2022

Frank G. Johns, Clerk
United States District Court